IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CR-51-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DYTWAN DONNELLE CHAMBLEE | ) | |
| Defendant | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to John Griffin of the Bureau of Alcohol, Tobacco and Firearms.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on October 18, 2021, be transferred to John Griffin to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 10 | Metal fragments |

SO ORDERED this the 18th day of October, 2021.

Louise W. Flanagan
United States District Judge

1

SO ACKNOWLEDGED:

_____
John Griffin, Case Agent

_____
Robert J. Dodson, Assistant U.S. Attorney