IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:20-CR-51-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DYTWAN DONNELLE CHAMBLEE | ) | ORDER |
| | ) | |
| Defendant | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $174.54. The clerk is DIRECTED to pay The Chelsea the sum of $174.54.

SO ORDERED, this 20th day of October, 2021.

LOUISE W. FLANAGAN
United States District Judge